UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| KYLE E. NORTH,<br>　　　　　Plaintiff<br><br>vs.<br><br>CITY OF PULLMAN POLICE DEPARTMENT, DOUG ANDERSON, an individual, MICHAEL SONTGERATH, an individual, GARY JENKINS, an individual and CHRISTIAN TENNANT, an individual.<br><br>　　　　　Defendants. | CASE NO.  2:18-CV-00260-SMJ<br><br>NOTICE OF SETTLEMENT |

NOTICE is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the Court calendar.  This notice is being filed with the consent of all parties.

If an order dismissing all claims against all parties is not entered within 45 days after the written notice of settlement is filed, or within 45 days after the scheduled trial date, whichever is earlier, the case may be dismissed on the Clerk's motion.

///

///

///

NOTICE OF SETTLEMENT - 1

Law Offices of Brian H. Krikorian PLLC
Mailing:  P.O. Box 6905
Bellevue, Washington 98008
Telephone:  (206) 596-2220

Office:  11900 N.E. 1st Street, Suite 300, Building G
Bellevue, Washington 98005

| | | |
|---|---|---|
| 1 | Dated: December 5, 2018 | LAW OFFICES OF BRIAN H. KRIKORIAN <sup>PLLC</sup> |

Dated: December 5, 2018    LAW OFFICES OF BRIAN H. KRIKORIAN PLLC

By /s Brian H. Krikorian WSBA #27861
Ridgewood Corporate Square
11900 N.E. 1st Street, Suite 300, Building G
Bellevue, Washington 98005
Telephone: 206-596-2220
Fax: 206-629-9419
bhkrik@bhklaw.com
Co-Counsel for Plaintiff

- 2

LAW OFFICES OF BRIAN H. KRIKORIAN PLLC
MAILING:  P.O. BOX 6905
BELLEVUE, WASHINGTON 98008
Telephone:  (206) 596-2220

OFFICE:  11900 N.E. 1ST STREET, SUITE 300, BUILDING G
BELLEVUE, WASHINGTON 98005