IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KYLE E. NORTH,<br><br>                              Plaintiff,<br><br>vs.<br><br>CITY OF PULLMAN POLICE DEPARTMENT, DOUG ANDERSON, an individual, MICHAEL SONTGERATH, an individual, GARY JENKINS, an individual, and CHRISTIAN TENNANT, an individual,<br><br>                              Defendants. | Case No.  2:18-cv-00260 SMJ<br><br>STIPULATION FOR ORDER OF DISMISSAL OF CITY OF PULLMAN POLICE DEPARTMENT, DOUG ANDERSON, MICHAEL SONTGERATH, GARY JENKINS, and CHRISTIAN TENNANT |

COME NOW Plaintiff KYLE E. NORTH and Defendants CITY OF PULLMAN POLICE DEPARTMENT, DOUG ANDERSON, MICHAEL SONTGERATH, GARY JENKINS and CHRISTIAN TENNANT, through their undersigned attorneys of record and hereby stipulate that all of Plaintiff's claims

STIPULATION FOR ORDER OF DISMISSAL OF CITY OF PULLMAN POLICE DEPARTMENT, ANDERSON, et al. - Page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

against Defendants CITY OF PULLMAN POLICE DEPARTMENT, DOUG ANDERSON, MICHAEL SONTGERATH, GARY JENKINS and CHRISTIAN TENNANT should be dismissed, with prejudice and without costs or attorney fees.

DATED this 10th day of December, 2018.

EVANS, CRAVEN & LACKIE, P.S.

By:   s/ Christopher J. Kerley
CHRISTOPHER J. KERLEY, #16489
Attorneys for Defendants City of Pullman Police Department, Doug Anderson, Michael Sontgerath, Gary Jenkins, and Christian Tennant

LAW OFFICE OF BRIAN H. KRIKORIAN

By:   s/ Brian H. Krikorian
BRIAN H. KRIKORIAN, #27861
Co-Attorney for Plaintiff Kyle E. North

CREER LEGAL

By:   s/ Erica A. A. Krikorian
ERICA A. KIRIKORIAN, #28793
Co-Attorney for Plaintiff Kyle E. North

STIPULATION FOR ORDER OF DISMISSAL OF CITY OF PULLMAN POLICE DEPARTMENT, ANDERSON, et al. - Page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on **December 10, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Erica Krikorian
CREER LEGAL
11900 NE First Street, Suite 300G
Bellevue, WA 98005
erica@creerlegal.com

Brian H. Krikorian
LAW OFFICES OF BRIAN H. KRIKORIAN
P.O. Box 6905
11900 NE 1st Street, Suite 300, Bldg. G
Bellevue, WA 98005
bhkrik@bhklaw.com

Laura D. McAloon
McALOON LAW PLLC
421 W. Riverside Avenue, Suite 515
Spokane, WA 99201
laura@mcaloon-law.com

EVANS, CRAVEN & LACKIE, P.S.

By    s/ Christopher J. Kerley
CHRISTOPHER J. KERLEY, #16489
Attorneys for Defendants