FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE E. NORTH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PULLMAN POLICE DEPARTMENT, DOUGLAS A. ANDERSON, MICHAEL SONTGERATH, GARY JENKINS, AND CHRISTIAN TENNANT,<br><br>　　　　　　Defendants. | No.　2:18-CV-00260-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 10, 2018, the parties filed a stipulated dismissal, ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

　　**1.**　The parties' Stipulation of Dismissal, **ECF No. 16**, is **GRANTED**.

　　**2.**　All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

　　**3.**　All pending motions are **DENIED AS MOOT**.

　　**4.**　The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2